Louis Rich, Respondent, *v.* Jacob Karp, Appellant.*

(Supreme Court, Appellate Term, First Department, January, 1920.)

Auctioneers — duties of — sales — Personal Property Law, § 127.

> An auctioneer who without revealing the name of the owner sells goods and bills them in his own name, is the " seller " within the meaning of section 127 of the Personal Property Law.

Appeal by defendant from a judgment of the Municipal Court of the city of New York, borough of Manhattan, first district, in favor of the plaintiff, after trial by the court without a jury.

Nathan S. Jerome (David F. Barnett, of counsel), for appellant.

Wise & Ottenberg (Irving S. Ottenberg, of counsel), for respondent.

Mullan, J. The defendant auctioneer made no announcement that the goods were not his own. At no time did he reveal the name of the owner, if he

---

* Received too late for insertion in proper place.— [Repr.

were not such.  He billed the goods in his own name. We are of the opinion that in such circumstances he must be deemed a seller as the term is used in section 127 of the Personal Property Law.  See *Meyer* v. *Redmond,* 205 N. Y. 478.  It is immaterial that title passed before shipment.  *Miller* v. *Harvey,* 221 N. Y. 54.  As the defendant was a seller, and was authorized by the buyer to ship, he was called upon to exercise the care required of any vendor so authorized.  He was under no compulsion to attend to the shipping arrangements.  But, having consented to ship, he should have shipped properly, and this he failed to do. *Miller* v. *Harvey, supra.*

BIJUR and PENDLETON, JJ., concur.

Judgment affirmed, with twenty-five dollars costs.